IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) | Case No. 8:08CV13 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER LIFTING FREEZE ON TWO ACCOUNTS |
| BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendant. | ) ) | |

THIS matter came before the Court upon Plaintiff Securities & Exchange Commission's ("SEC") Motion for Preliminary Injunction, Asset Freeze, and Other Relief. The parties have agreed to the unfreezing of two accounts maintained at Gateway Community Bank upon Bryan Behrens' removal as a signatory and power of attorney on these accounts. Accordingly,

IT IS ORDERED:

Upon removal of Bryan Behrens as a signatory and power of attorney, the following accounts are released from the Court's Temporary Restraining Order and Asset Freeze:

    1.    Gateway Community Bank account number ending in 421 held in the name of Vern Creamer; and

    2.    Gateway Community Bank account number ending in 579 held in the name of LeWarren and Larry Carlson.

Dated this 18th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge