IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | CASE NO. 8:08CV13 |
| **Plaintiff,** | ) ) ) | **ORDER** |
| V. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Defendants' Motion for an Extension of Time to File Accounting. The motion seeks an additional day to file the accounting that was ordered in the temporary restraining order. The Defendants represent that the SEC does not oppose the motion. Accordingly,

IT IS ORDERED:

1. The Defendants' Motion for an Extension of Time to File the Accounting (Filing No. 33) is granted;

2. The accounting shall be filed on or before January 23, 2008.

DATED this 22nd day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge