IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) ) | ORDER |
| V. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

Given the parties' agreement to the issuance of the preliminary injunction (Filing No. 51), the hearing on the Plaintiff's Motion for Preliminary Injunction previously scheduled for Friday, February 1, 2008, at 10 o'clock a.m., before the undersigned, is not needed and is hereby cancelled.

IT IS SO ORDERED.

DATED this 31st day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge