IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 FEB -1 PM 4: 00

OFFICE OF THE CLERK

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) | Case No. 8:08CV13 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

THIS matter came before the Court upon a Consent Preliminary Injunction Order ("P.I. Order") between Plaintiff Securities and Exchange Commission and Defendants Bryan S. Behrens and National Investments, Inc. Pursuant to the terms of the P.I. Order, the parties have agreed to the unfreezing of four accounts maintained at Gateway Community Bank. Accordingly,

IT IS ORDERED:

The following accounts are released from the Court's Temporary Restraining Order and Asset Freeze, as set forth in the P.I. Order:

1. Gateway Community Bank account number ending in 771;

2. Gateway Community Bank account number ending in 755;

3. Gateway Community Bank account number ending in 470; and

4. Gateway Community Bank account number ending in 098.

In particular, Bryan and/or Michelle Behrens are entitled to withdraw a total of $8,000 from these accounts to pay reasonable living expenses for the months of January and February.

OM-257953-1

Gateway Community Bank shall provide a current account statement setting forth all activity in these accounts for the months of January and February 2008, to the SEC counsel of record, on or before February 10, 2008 and March 10, 2008, respectively.

Dated this 1st day of ~~January~~ February, 2008.

BY THE COURT:

/s/ Laurie Smith Camp
Judge Smith Camp
United States District Judge

OM-257953-1