## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV13 |
| vs. | ) ) | ORDER |
| BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

The defendants request a second 30-day extension of time in which to answer or otherwise respond to the Complaint. For good cause shown, and upon the representation that the plaintiff does not object,

**IT IS ORDERED:**

1. Defendants' Motion [57] is granted, and the defendants are given until and including **March 31, 2008** to answer or otherwise respond to the Complaint.

2. The parties' Rule 26(f) reporting deadline is extended from March 17, 2008 to **April 16, 2008**.

**DATED February 22, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**