## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES & EXCHANGE COMMISSION,** | ) ) ) | |
| Plaintiff, | ) ) | **8:08CV13** |
| vs. | ) ) ) | **ORDER** |
| **BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| Defendants. | ) | |

The defendants request a third 30-day extension of time in which to answer or otherwise respond to the Complaint. For good cause shown, and upon the representation that the plaintiff does not object,

**IT IS ORDERED:**

1. Defendants' Motion [59] is granted, and the defendants are given until and including **April 30, 2008** to answer or otherwise respond to the Complaint.

2. The parties' Rule 26(f) reporting deadline is extended from April 16, 2008 to **May 16, 2008**.

**DATED March 28, 2008.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**