# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV13 |
| vs. | ) ) ) | ORDER |
| BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

The defendants request a fourth 30-day extension of time in which to answer or otherwise respond to the Complaint. Upon the representation that settlement papers have been signed,

**IT IS ORDERED:**

1. On or before **May 30, 2008**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. Defendants' Motion [62] is granted. If necessary, the defendants are given until and including **May 30, 2008** to answer or otherwise respond to the Complaint.

DATED April 30, 2008.

                                              BY THE COURT:

                                              s/ F.A. Gossett
                                              **United States Magistrate Judge**