IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV13 |
| vs. | ) ) | ORDER |
| BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC., | ) ) ) ) | |
| Defendants. | ) | |

The defendants request a fifth 30-day extension of time in which to answer or otherwise respond to the Complaint. For good cause shown, and upon the representation that the plaintiff consents to the request,

**IT IS ORDERED:**

1. On or before **June 30, 2008**, the parties shall file a stipulation of settlement, together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov, a draft order.

2. Defendants' Motion [71] is granted. If necessary, the defendants are given until and including **June 30, 2008** to answer or otherwise respond to the Complaint.

**DATED May 29, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**