IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion for Approval to Proceed with Foreclosure (Filing No. 86) and the Stipulation for Approval to Proceed with Foreclosure (Filing No. 87). Chase Home Finance LLC, loan servicing agent for LaSalle Bank, N.A., as Trustee (hereinafter "Chase") filed the motion seeking the Court's approval to proceed with foreclosure of its Deed of Trust as to a specified property owned by the Defendant Bryan S. Behrens. Chase represents to the Court that the court-appointed Receiver, Thomas D. Stalnaker, has no objection to Chase proceeding with foreclosure on the Deed of Trust. No objection or opposition has been filed by any party in this matter. Moreover, Mr. Stalnaker, as Receiver, and counsel for Chase have stipulated that Chase may proceed with foreclosure with respect to the property located at 13032 Mullen Circle, Omaha, Nebraska, and owned by Bryan S. Behrens: LOT ONE HUNDRED EIGHT-SIX (186), ROYAL WOOD ESTATES, AN ADDITION TO THE CITY OF OMAHA, AS SURVEYED, PLATTED AND RECORDED IN DOUGLAS COUNTY, NEBRASKA (Filing No. 87). Given the authority granted to the Receiver by the Court (Filing No. 85), the requested relief will be granted. Accordingly,

IT IS ORDERED:

1. The Stipulation for Approval to Proceed with Foreclosure (Filing No. 87) is approved and the relief requested is granted;

2. The Motion for Approval to Proceed with Foreclosure (Filing No. 86) is granted;

3. Chase Home Finance LLC may proceed with foreclosure of its Deed of Trust with respect to the following described real estate located at 13032 Mullen Circle, Omaha, Nebraska and owned by Bryan S. Behrens:

    LOT ONE HUNDRED EIGHT-SIX (186), ROYAL WOOD ESTATES, AN ADDITION TO THE CITY OF OMAHA, AS SURVEYED, PLATTED AND RECORDED IN DOUGLAS COUNTY, NEBRASKA.

DATED this 17th day of December, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge