# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Receiver's Status Report (Filing No. 91). Having been advised in the premises, the Court approves the Status Report in its entirety, and specifically approves the Receiver's retention of Daniel T. Pleiss, C.P.A., as the Receiver's accountant, and the retention of Domina Law Group, P.C., L.L.O., and David A. Domina as the Receiver's attorneys on the contingent fee arrangement and for purposes of the litigation set out in subparagraph G of the Status Report.

DATED this 11th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge