IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Application for Receiver's Compensation and Reimbursement of Expenses and the Application for Accountant's Compensation. (Filing Nos. 93 and 94). Having been advised in the premises, the Court approves the Applications in their entirety, and specifically approves the payment of $15,481.37 to Thomas D. Stalnaker, Receiver, as compensation for his services and the services of members of his law firm, and reimbursement for expenses; and payment of $5,403.75 to Daniel T. Pleiss, C.P.A., as compensation for his services as the Receiver's accountant. Said amounts are to be paid from the Disgorgement Fund as provided in the Court's Order of July 28, 2008. (Filing No. 85).

DATED this 19th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge