IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Second Application for Accountant's Compensation and the Second Application for Receiver's Compensation and Reimbursement of Expenses. (Filing Nos. 108 and 110). Having been advised in the premises, the Court approves the Applications in their entirety, and specifically approves the payment of $9,795.87 to Thomas D. Stalnaker, Receiver, as compensation for his services and the services of members of his law firm, and reimbursement for expenses; and payment of $990.00 to Daniel T. Pleiss, C.P.A., as compensation for his services as the Receiver's accountant. Said amounts are to be paid from the Disgorgement Fund as provided in the Court's Order of July 28, 2008. (Filing No. 85).

DATED this 8th day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge