# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) CASE NO. 8:08CV13 ) ) |
| **Plaintiff,** | ) ) ) ORDER APPROVING RECEIVER'S |
| v. | ) CLAIMS HANDLING PROCEDURE ) |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) |
| **Defendants.** | ) |

The Receiver's Claims Handling Procedure (Filing No. 112) submitted by Thomas D. Stalnaker, Receiver for the Receivership Entities, is construed as a motion for the approval of the proposed claims handling procedure outlined therein, and is hereby approved.

DATED this 20th day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge