IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:08CV13 |
| BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC., | ) ) ) | ORDER |
| | ) | (Expedited Briefing Schedule) |
| Defendants, | ) ) | |
| THOMAS D. STALNAKER, | ) ) | |
| Receiver. | ) | |

On July 17, 2009, Michelle A. Behrens filed an APPLICATION TO INTERVENE (Doc. 119), together with a MOTION FOR DETERMINATION OF MARITAL PROPERTY INTEREST AND DIVISION THEREOF OR, IN THE ALTERNATIVE, FOR AUTHORIZATION TO PROCEED IN THE STATE COURT (Doc. 120). Pursuant to NECivR 72.1,

**IT IS ORDERED:**

1. Plaintiff, Defendants, and the Receiver shall file responses to both motions no later than Monday, July 27, 2009.

2. Michelle A. Behrens is given until and including July 30, 2009 to file reply briefs.

3. Both motions will be deemed ripe for decision on July 31, 2009.

**DATED July 20, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**