# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | **CASE NO. 8:08CV13** |
| Plaintiff, | |
| v. | **ORDER** |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | |
| Defendants. | |

This matter is before the Court on the Receiver's Third Status Report (Filing No. 126). Having been advised in the premises, the Court approves the Status Report in its entirety.

DATED this 21st day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge