IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Receiver's Status Report Regarding Turnover of Funds (Filing No. 137). Having been advised in the premises, the Court approves the Status Report in its entirety.

In his status report, the Receiver states that "counsel for the Receiver has made a demand on Christopher A. Pfanstiel, counsel for Michelle Behrens, for the turnover of the proceeds of the sales of a 2006 Chevrolet bus, known as the Husker bus, and a 2008 Chrysler Sebring" which were the subject of a hearing on July 23, 2009. (Filing No. 137). According to the report, Mr. Pfanstiel has refused to turn over the proceeds from the sale of those vehicles, and has stated to the Receiver that Michelle Behrens is asserting property rights to those vehicles.

In his status report, the Receiver asks the Court to take action to allow him to carry out his duties. The Court is willing to assist the Receiver with the execution of his duties as prescribed in the July 28, 2008, order appointing the Receiver (Filing No. 85), if a motion is presented, seeking such assistance. Upon the appropriate motion, the Court may order a party or a non-party to show cause why such party or non-party has interfered with the duties of the Receiver, violated the terms of an order of the Court, or aided or abetted

another in any violation of the terms of an order of the Court. Appropriate sanctions, including those available through civil or criminal contempt proceedings, will be considered as necessary to ensure that the terms of the Court's orders are enforced.

DATED this 31st day of July, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge