**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | AMENDED ORDER DIRECTING DEPARTMENT OF MOTOR VEHICLES TO ISSUE CERTIFICATES OF TITLE |
| BRYAN S. BEHRENS and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court upon consideration of the Motion of Thomas D. Stalnaker, Receiver, to direct the Department of Motor Vehicles to issue Certificates of Title for certain vehicles, as set forth below, which are assets of the Defendant, and to issue said Certificates of Title in the name of Ken's Flower Shop with Thomas D. Stalnaker as Receiver, free and clear of all liens, so that the Receiver may sell these vehicles as part of his duties in the above-captioned case. This Court finds that the Motion was duly filed, served and noticed pursuant to local rules.

IT IS HEREBY ORDERED that the Department of Motor Vehicles shall issue Certificates of Title in the name of Ken's Flower Shop with Thomas D. Stalnaker as Receiver, free and clear of all liens on the following vehicles:

(1)   1997 Ford Econoline Van E150   VIN#1FTEE142XVHB70724

(2)   1998 Ford Econoline Van E150   VIN# 1FTRE1424WHA85008

(3)   1998 Ford Econoline Van E150   VIN# 1FTRE1425WHA40143

(4)   2000 Ford Econoline Van E150   VIN# 1FTRE1427YHB57595

(5)   2001 Ford Econoline Van E150   VIN# 1FTRE14221HA21171

(6)   2001 Ford Econoline Van E150   VIN# 1FTRE14291HB52551

DATED this 14th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge