IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Fourth Application for Receiver's Compensation and Reimbursement of Expenses (Filing No. 170). Having been advised in the premises, the Court approves the Fourth Application (Filing No. 170) in its entirety, and specifically approves the payment of $21,089.10 to Thomas D. Stalnaker, Receiver, as compensation for his services and the services of members of his law firm, and reimbursement for expenses. Said amount is to be paid from the Disgorgement Fund as provided in the Court's Order of July 28, 2008. (Filing No. 85).

DATED this 23rd day of November, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge