IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Application to Employ Auctioneer and Sell Personal Property Free and Clear of Liens (Filing No. 183). Thomas Stalnaker, the court-appointed Receiver, filed the motion and represents to the Court that the motion has been approved by the Securities & Exchange Commission.

The Receiver represents to the Court that among the assets in which the Receiver has an interest is a 2005 Cadillac Escalade. The Receiver represents that the sale of the property would best be conducted by auction and requests the Court's approval to employ Jack Nitz & Associates, auctioneers, to conduct the sale of said property at public auction on February 24, 2010. The Receiver further represents that such sale is necessary to benefit the creditors of the Receivership.

Given the authority granted to the Receiver by the Court (Filing No. 85), the Application will be approved. Accordingly,

IT IS ORDERED:

1. The Receiver's Application to Employ Auctioneer and Sell Personal Property Free and Clear of Liens (Filing No. 183) is approved;

2. The Receiver is hereby authorized to employ Jack Nitz & Associates as auctioneer to liquidate the above-described personal property according to the terms and conditions set out in the application;

3. The Receiver is hereby authorized to sell the above-described personal property at public auction as set out in the application;

4. Any liens or other claims with respect to said personal property to be sold at public auction shall attach to the proceeds of sale to the same extent and with the same priorities as they attach to the property to be sold; and

5. The proceeds from the sale of the personal property shall be retained by the Receiver pending a determination of the priority of the rights thereto.

DATED this 23rd day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge