IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) ) | |

    This matter is before the Court on the Motion for Order Authorizing Sale of Personal Property Free and Clear of Liens (Filing No. 184). Thomas Stalnaker, the court-appointed Receiver, filed the motion and represents to the Court that the motion has been approved by the Securities & Exchange Commission.

    The Receiver represents to the Court that among the assets in which the Receiver has an interest are motor vehicles described as a 1991 Mercedes, a 2003 Ford Excursion and a 2001 Ford F-250. The Receiver represents that, subject to the approval of this Court, the Receiver has entered into an agreement to sell said personal property to JPK-SMK, Inc., for the sums of $7,000, $9,000 and $10,500 respectively, for a total sum of $26,500.00, payable in cash upon closing. The Receiver further represents that such sale will yield the greatest amount the Receivership could realize from the sale of the assets and is in the best interest of the Receivership and its creditors.

    Given the authority granted to the Receiver by the Court (Filing No. 85), the Motion will be granted. Accordingly,

IT IS ORDERED:

1. The Receiver's Motion for Order Authorizing Sale of Personal Property Free and Clear of Liens (Filing No. 184) is granted;

2. The Receiver is hereby authorized to sell the above-described personal property for the total sum of $26,500.00, free and clear of liens and other claims, and upon the terms and conditions set forth below and in the agreement entered into by the Receiver and JPK-SMK, Inc.;

3. Any liens or other claims with respect to said personal property to be sold shall attach to the proceeds of sale to the same extent and with the same priorities as they attach to the property to be sold; and

4. The proceeds from the sale of the personal property shall be retained by the Receiver pending a determination of the priority of the rights thereto.

DATED this 23rd day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge