IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Receiver's Fifth Status Report (Filing No. 191). Having been advised in the premises, the Court approves the Status Report in its entirety, and specifically approves the Receiver's adjusted allowable hourly rate for his services. Accordingly, for services rendered on and after March 16, 2010, the Receiver's allowable hourly rate will be $235.00.

DATED this 16th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge