IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Receiver's Motion to Withdraw Motion for an Order to Show Cause. (Filing No. 195). Having been advised in the premises, and for good cause shown, the Court finds that the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Receiver's Motion to Withdraw Motion for an Order to Show Cause. (Filing No. 195) is granted;

2. The Receiver's Motion for an Order to Show Cause and for an Order Directing Counsel and Michelle Behrens to Reimburse Receivership for Attorney Fees Incurred in Defending Against Frivolous Action (Filing No. 181) is deemed withdrawn and the hearing on said Motion is hereby cancelled; and

3. In addition to any service made via CM/ECF, the Clerk of the Court is directed to send a copy of this Order via first-class mail to:

    Michelle A. Behrens, 13031 Mullen Circle, Omaha, NE 68144

    Michelle A. Behrens, 29903 Old Lincoln Highway, Honey Creek, IA 51542

Christopher A. Pfanstiel, 9900 Nicholas St., #390, Omaha, NE 68114

Lewis & Pfanstiel, P.C., LLO, 9900 Nicholas St., #390, Omaha, NE 68114

DATED this 22nd day of March, 2010.

                                      BY THE COURT:

                                      s/Laurie Smith Camp
                                      United States District Judge