IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Petition for Order to Allow Filing of Late Claim Against Receivership (Filing No. 197), filed by James V. Yount, Sr. and Nancy B. Yount. The Court shall construe Filing No. 197 as a motion for leave of Court to file a claim against the Receivership of Bryan S. Behrens, National Investments, Inc., and the Receivership Entities. The movants seek the permission of the Court to file their claim against the Receivership estate although the claim deadline for such filing expired on July 28, 2009. (*See* Filing No. 126, Receiver's Third Status Report). No objection to the motion has been filed by the Receiver or any other party. Absent any objection, the Court finds good cause for granting the motion and allowing the claim to be filed out of time; however, the Court makes no determination as to the validity of that claim or the priority it will receive in the Receiver's claims review process. Accordingly,

IT IS ORDERED:

1. The motion for leave of Court (Filing No. 197) filed by James V. Yount, Sr. and Nancy B. Yount is granted; and

2. James V. Yount, Sr. and Nancy B. Yount shall file their claim against the Receivership, according to the provisions of the published Notice to Creditors (Filing No. 112-2), on or before May 11, 2010.

DATED this 27th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge