# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Leave of Court to File a Claim against the Receivership of Bryan S. Behrens, National Investments Inc., and the Receivership Entities (Filing No. 206), filed by Daniel Wees and Phyllis C. Wees. The movants seek the permission of the Court to file their claim against the Receivership estate although the claim deadline for such filing expired on July 28, 2009. (*See* Filing No. 126, Receiver's Third Status Report). Based on counsel's representation to the Court that the Receiver has no objection to the motion, the Court finds good cause for granting the motion and allowing the claim to be filed out of time; however, the Court makes no determination as to the validity of that claim or the priority it will receive in the Receiver's claims review process. Accordingly,

IT IS ORDERED:

1. The motion for leave of Court (Filing No. 206) filed by Daniel Wees and Phyllis C. Wees is granted; and

2. Daniel Wees and Phyllis C. Wees may file their claim against the Receivership, according to the provisions of the published Notice to Creditors (Filing No. 112-2), on or before May 19, 2010.

DATED this 5th day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge