IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Order Authorizing Sale of Real Property Free and Clear of Liens (Filing No. 210). Thomas Stalnaker, the court-appointed Receiver, filed the motion and represents to the Court that the motion has been approved by the Securities & Exchange Commission.

The Receiver represents to the Court that among the assets in which the Receiver has an interest is the real property described as: Lot Eighteen (18) and the Southeasterly half of Lot Seventeen (17), Block Twenty-Five (25), City of Millard, Douglas County, Nebraska, together with the 10 feet of vacated "C" street, abutting Lot Eighteen (18) on the Southeast, which is titled in the name of Bryan Behrens Co., Inc., also known as Bryan Behrens Company, Inc. The Receiver represents that, subject to the approval of this Court, the Receiver has entered into an agreement to sell said real property to Paul A. Janky, for the total sum of $120,000.00, payable in cash upon closing, and upon the terms and conditions more fully set out in the Purchase Agreement attached to the motion (Filing No. 210-1). The Receiver further represents that such sale will yield the greatest amount the Receivership could realize from the sale of the assets and is in the best interest of the Receivership and its creditors.

Given the authority granted to the Receiver by the Court (Filing No. 85), the Motion will be granted. Accordingly,

IT IS ORDERED:

1. The Receiver's Motion for Order Authorizing Sale of Real Property Free and Clear of Liens (Filing No. 210) is granted;

2. The Receiver is hereby authorized to sell the above-described real property for the total sum of $120,000.00, free and clear of liens and other claims, and upon the terms and conditions set forth below and in the Purchase Agreement entered into between the Receiver and Paul A. Janky;

3. Any liens or other claims with respect to said real property to be sold shall attach to the proceeds of sale to the same extent and with the same priorities as they attach to the property to be sold; and

4. The proceeds from the sale of the real property shall be retained by the Receiver pending a determination of the priority of the rights thereto.

DATED this 12th day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge