# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Sixth Application for Receiver's Compensation and Reimbursement of Expenses (Filing No. 215). Having been advised in the premises, the Court approves the Sixth Application (Filing No. 215) in its entirety, and specifically approves the payment of $17,811.20 to Thomas D. Stalnaker, Receiver, as compensation for his services and the services of members of his law firm, and $566.21 for reimbursement of expenses, for a total payment of $18, 377.41. Said amount is to be paid from the Disgorgement Fund as provided in the Court's Order of July 28, 2008. (Filing No. 85).

IT IS SO ORDERED.

DATED this 17th day of September, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge