IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Motion by Certain Investors Requesting Leave to File Brief in Response to Filing No. 232. (Filing No. 237). The Court has reviewed the Brief attached to the Motion (Filing No. 237-1) and will take the investors' suggestions under advisement.

IT IS ORDERED:

The Motion of Certain Investors Requesting Leave to File Brief in Response to Filing No. 232 (Filing No. 237) is granted.

DATED this 13th day of January, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge