IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES & EXCHANGE COMMISSION, | ) | CASE NO. 8:08CV13 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| BRYAN S. BEHRENS AND | ) | **ORDER** |
| NATIONAL INVESTMENTS, INC., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

This matter is before the Court on the Motion to Compel the Securities and Exchange Commission to Investigate Lost Receivership Property at No Cost to Fraud Victims (Filing No. 232), as well as The SEC's Motion to Strike Non-Party Marion Gail Buchanan's Motion to Compel the SEC to Investigate Lost Receivership Property, and Opposition Thereto (Filing No. 236) and the Motion by Certain Investors Requesting Leave to File a Brief in Response to Filing No. 232 and the Brief of Certain Investors in Response to Motion to Compel the Securities Exchange Commission to Investigate Lost Receivership Property at No Cost to Fraud Victims attached thereto (Filing No. 237 and 237-1). Having been advised in the premises,

IT IS ORDERED:

1. The Motion to Compel the Securities and Exchange Commission to Investigate Lost Receivership Property at No Cost to Fraud Victims (Filing No. 232) is granted in part, as follows:

    a. Bryan Behrens is hereby Ordered to appear on January 20, 2011, at 9:30 a.m., in the United States District Court for the District of Nebraska, Special Proceedings Courtroom, Fourth Floor, Northwest Corner, Federal Building, 111 South 18th Plaza, Omaha, NE, to be

questioned under oath by the Receiver, counsel for Ms. Buchanan, and other counsel of Interested Parties, regarding the whereabouts of certain personal property, a list of which is set forth at Exhibit to Ms. Buchanan's Index of Evidence (Filing No. 232), and which is also attached hereto as Exhibit 1 to this Order.

2. The Court will be available should issues arise during said questioning which require resolution by the Court.

3. The remainder of the relief requested in The Motion to Compel the Securities and Exchange Commission to Investigate Lost Receivership Property at No Cost to Fraud Victims (Filing No. 232) is denied.

4. The SEC's Motion to Strike Non-Party Marion Gail Buchanan's Motion to Compel the SEC to Investigate Lost Receivership Property, and Opposition Thereto (Filing No. 236) is granted in part and denied in part, as set forth in the terms of this Order hereinabove.

5. The Clerk's Office is directed to deliver a copy of this order to the U.S. Marshal for personal delivery to Bryan S. Behrens at the following address:

        29903 Old Lincoln Highway
        Honey Creek, Iowa 51542

DATED this 14th day of January, 2011.

        BY THE COURT:

        s/Laurie Smith Camp
        United States District Judge