IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

  This matter is before the Court once again on the Fourth Motion of Receiver for an Order Approving Determination of Claims (Filing No. 243), and the Objection to Receiver's Fourth Motion for an Order Approving Determination of Claims (Filing No. 244) in which Claimant Marion Gail Buchanan objects to the approval of claims submitted by Husch Blackwell Sanders ($341,962.76) and Lewis & Pfanstiel ($3,957.50), and requests access to copies of those claims, together with any correspondence between the Receiver and those claimants, as well as a briefing schedule for the Objection.

  At the request of the Court, the Receiver submitted a Response to the Objection (Filing No. 246), and a supporting Affidavit (Filing No. 246-1), clarifying that the process employed by the Receiver, consistent with the Claims Handling Procedure (Filing No. 112), gave each claimant a period within which to submit a written objection to the Receiver's determination of the amount to be recommended for allowance on that claimant's claim, but did not encompass notice to, or opportunities for objection by, claimants in general.

  Accordingly,

  IT IS ORDERED:

1. The Receiver will make available to counsel for Marion Gail Buchanan copies of the claims submitted by Husch Blackwell Sanders and Lewis & Pfanstiel, as well as any correspondence between the Receiver and those claimants, at a mutually agreed time and location, but not later than March 11, 2011;

2. Counsel for Buchanan may submit any brief in support of her Objection (Filing No. 244) regarding the claims of Husch Blackwell Sanders and/or Lewis & Pfanstiel on or before March 25, 2011;

3. After March 25, 2011, if the Court determines that Buchanan's Objection (Filing No. 244) appears to have merit in law or fact, the claims of Husch Blackwell Sanders and/or Lewis & Pfanstiel will be scheduled for evidentiary hearing, oral argument, and, if warranted, further briefing.

DATED this 1st day of March, 2011.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge