IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF CASES PENDING         )<br>AGAINST BRYAN S. BEHRENS AND         )<br>SUNSET FINANCIAL SERVICES, INC.       ) | ORDER |

On March 16, 2011, counsel for all parties participated in a status conference regarding cases Nos. 8:08cv335, 8:08cv399, 8:08cv436, 8:09cv13 and 8:09cv44. Counsel advised that the plaintiffs and Sunset Financial Services, Inc. intended to seek permission for an expert to acquire into forensic images the electronically stored information previously produced by the Receiver in related case No. 8:08cv13. Motions were then filed in the applicable cases.

Upon review of the parties' motions and the qualifications of the proposed expert,

**IT IS ORDERED** that the motions "REQUESTING AN ORDER PERMITTING MR. RICH HOFFMAN TO ACQUIRE ELECTRONICALLY STORED INFORMATION PRODUCED BY THE RECEIVER INTO FORENSIC IMAGES TO PERMIT THE REVIEW OF THE INFORMATION" filed in cases Nos. 8:08cv13, 8:08cv335, 8:08cv399, 8:08cv436, 8:09cv13 and 8:09cv44 are granted, as follows:

1. The movants, at their expense, may jointly engage Mr. Rich Hoffman as an expert, as requested. Mr. Hoffman may acquire the data obtained from the Receiver into forensic computer images and may run search terms through the acquired data at the request of moving counsel.

2. All data retrieved or acquired pursuant to this Order shall be treated as Confidential Information pursuant to the "Protective Order Governing Confidentiality" filed January 20, 2011, and the "Stipulation Regarding Confidentiality Relating To Documents In The Possession, Custody, or Control Of The Receiver" approved by the Court on February 4, 2011, in cases Nos. 8:08cv335, 8:08cv399, 8:08cv436, 8:09cv13 and 8:09cv44.

**DATED March 17, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**