**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:08CV13** |
| **Plaintiff,** | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court once again on the Fourth Motion of Receiver for an Order Approving Determination of Claims (Filing No. 243); the Objection to Receiver's Fourth Motion for an Order Approving Determination of Claims (Filing No. 244) in which Claimant Marion Gail Buchanan objects to the approval of claims submitted by Husch Blackwell Sanders ($341,962.76) and Lewis & Pfanstiel ($3,957.50); and the SEC's Opposition to the Receiver's Motions to Approve Claims for Legal Expenses (Filing No. 251) in which the SEC joins in Buchanan's objection.

On March 15, 2011, at Filing No. 260, the Court issued preliminary findings that the claim of Husch Blackwell Sanders ($341,962.76) would be approved, and the claim of Lewis & Pfanstiel, ($3,957.50) would be denied, for the reasons discussed in that Order, unless a party or claimant requested an evidentiary hearing on those claims on or before March 31, 2011. No such hearing having be requested,

IT IS ORDERED:

1. The Fourth Motion of Receiver for an Order Approving Determination of Claims (Filing No. 243) is granted in part and denied in part as follows:

    a.    the Motion is granted as earlier described in Filing No. 250, and the claim of Husch Blackwell Sanders in the amount of $341,962.76 also is approved; and

    b.    The claim of Lewis & Pfanstiel in the amount of $3,957.50 is denied;

2.    Claimant Marion Gail Buchanan's Objection to Receiver's Fourth Motion for an Order Approving Determination of Claims (Filing No. 244) and the SEC's Opposition to the Receiver's Motions to Approve Claims for Legal Expenses (Filing No. 251), are granted in part and denied in part as follows:

    a.    The Objections to the claim of Lewis & Pfanstiel are granted; and

    b.    The Objections to the claim of Husch Blackwell Sanders are denied; and

3.    The Receiver may proceed with an initial distribution as described in his Proposed Schedule (Filing No. 241).

DATED this 1st day of April, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge