# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:08CV13 |
| V. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | ORDER |
| Defendants. | ) ) | |

Thomas K. Harmon has moved to withdraw as counsel of record for James V. Yount, Sr. and Nancy B. Yount on the ground that he was appointed as a Judge of the Douglas County Court for the Fourth Judicial District (filing 276). It appearing to the court that James V. Yount, Sr. and Nancy B. Yount have consented to Thomas K. Harmon's withdrawal,

**IT IS ORDERED:**

1. Thomas K. Harmon's motion to withdraw (filing 276) is granted. Thomas K. Harmon shall immediately mail a copy of this order to James V. Yount, Sr. and Nancy B. Yount.

2. James V. Yount, Sr. and Nancy B. Yount now have the obligation to prepare for trial or hire other counsel to prepare for trial and to keep the court informed respecting where notices, pleadings and other papers may be served.

3. Within thirty days from the date of this order, James V. Yount, Sr. and Nancy B. Yount shall either (a) retain new counsel and have that counsel file a written appearance with the court or (b) file a written notice with the court advising that James V. Yount, Sr. and Nancy B. Yount will represent himself or herself and advising as to where future notices, pleadings and other papers may be served.

4. The Clerk of Court shall terminate the appearance of Thomas K. Harmon as counsel of record for James V. Yount, Sr. and Nancy B. Yount and shall terminate future notices to Thomas K. Harmon in this matter.

5. In connection with the filing of his motion to withdraw, it appears that Thomas K. Harmon accidently filed two documents with the court, specifically, filing 275 and filing 277. The Clerk of Court shall terminate and strike these filings.

**DATED December 22, 2011.**

         **BY THE COURT:**

         **S/ F.A. Gossett**
         **United States Magistrate Judge**