IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:08CV13 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC., | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Fifth Application for Accountant's Compensation. (Filing No. 291). Having been advised in the premises, the Court approves the Application in its entirety, and specifically approves the payment of $879.45 to Daniel T. Pleiss, C.P.A., as compensation for his services as the Receiver's accountant. Said amount is to be paid from the Disgorgement Fund as provided in the Court's Order of July 28, 2008. (Filing No. 85).

DATED this 3rd day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge