# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | 8:08CV13 |
| V. | ) ) | |
| **BRYAN S. BEHRENS, and NATIONAL INVESTMENTS, INC.,** | ) ) ) | ORDER |
| **Defendants.** | ) ) | |

This matter is before the Court on Victoria H. Buter's Motion to Withdraw as Counsel (filing 295) for Bryan S. Behrens. Upon the representation that Mr. Behrens will continue to be represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. Victoria H. Buter's Motion to Withdraw as Counsel (filing 295) is granted.

2. The Clerk of Court shall terminate the appearance of Victoria H. Buter as counsel for Bryan S. Behrens and shall terminate future notices to Victoria H. Buter in this action.

**DATED October 25, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**