IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BRYAN S. BEHRENS, NATIONAL INVESTMENTS, INC.,<br><br>　　　　　　Defendants. | 8:08CV13<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The motion to withdraw filed by Thomas H. Dahlk and Kutak Rock LLP as counsel of record on behalf of Defendants Bryan S. Behrens, National Investments, Inc. (filing no. 315), is granted.

2) On or before June 5, 2013, Defendant Behrens shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel.  The failure to do so may result in an entry of default and/or default judgment against Defendant Behrens.

3) Defendant National Investments, Inc., a corporation, cannot litigate its action in this forum without representation by licensed counsel.  Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).  On or before June 5, 2013, Defendant National Investments, Inc. shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against it without further notice.

4) Mr. Dahlk shall promptly mail a copy of this order to Defendant Behrens and Defendant National Investments, Inc., and shall file a certificate of service stating the date and the manner of service, and the name and address served.

May 15, 2013.　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge