IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>               Defendants. | 8:08-CV-13<br><br>ORDER |

    This matter is before the Court on defendant Bryan S. Behrens' notice of appeal (filing 326). The Court denied Behrens' motion for injunctive relief (filing 319) on May 23, 2013, and his motion for reconsideration (filing 321) on June 3. *See* filings 320 and 322. The notice is timely filed pursuant to Fed. R. App. P. 4(a)(1) and (c)(1) and 28 U.S.C. § 1292(a)(1). However, Behrens has neither submitted an application to proceed in forma pauperis on appeal in this case or paid the appellate filing fee. The Court will provide Behrens with the opportunity to do so.

    IT IS ORDERED:

1. Behrens' notice of appeal is deemed timely filed.

2. Behrens shall have until July 22, 2013, in which to either pay the $455 appellate filing fee or submit a motion for leave to proceed in forma pauperis on appeal.

3. The Clerk of the Court shall send Behrens the form AO240, Application to Proceed in District Court Without Prepaying Fees or Costs.

4. Because Behrens is incarcerated, the Clerk of the Court is directed to obtain Behrens' inmate trust account statement.

5. The Clerk of the Court is directed to set a case management deadline in this matter with the following

- 2 -

text: July 22, 2013, Deadline to submit IFP on appeal or pay filing fee.

Dated this 20th day of June, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge