IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>        Defendants. | 8:08-CV-13<br><br>ORDER |

    This matter is before the Court on the Eighth Application for Receiver's Compensation and Reimbursement of Expenses (filing 356). Having reviewed the application and evidence, the Court approves the application in its entirety, and specifically approves the payment of $16,011.95 to Thomas D. Stalnaker, Receiver, as compensation for his services and the services of members of his law firm, and $1,053.96 for reimbursement of expenses, for a total payment of $17,065.91, to be paid from the Disgorgement Fund as provided in the Court's July 28, 2008 Judgment as to Defendants and Appointment of Receiver (filing 85).

    IT IS ORDERED:

    1.    The Eighth Application for Receiver's Compensation and Reimbursement of Expenses (filing 356) is approved.

    Dated this 8th day of August, 2013.

                                                    BY THE COURT:

                                                   John M. Gerrard
                                                   United States District Judge