IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>　　　　　Defendants. | 8:08-CV-13<br><br>ORDER |

　　　This matter is before the Court on the Motion of Receiver for an Order Amending Certain Approved Claims (filing 362). The receiver seeks court approval to reduce the amounts of the previously approved claims of Delores JoAnn Green; Marlin Dean Lustgraaf; Jean (J.P.) and Dee Poole, Trustees of the Poole Family Trust; and Barbara M. Vacanti as Personal Representative of the Estate of Milo Paul Vacanti; to the following amounts:

- Delores JoAnn Green　　　　　　　　　　　　　　$105,963.85
- Marlin Dean Lustgraaf　　　　　　　　　　　　　　$646,871.50
- Jean (J.P.) and Dee Poole, Trustees of the Poole Family Trust　　　　　　　　　　　　　　$907,273.97
- Barbara M. Vacanti as Personal Representative of the Estate of Milo Paul Vacanti　　　　　　　　　　　　　　$827,970.89

　　　The receiver represents that counsel for the claimants agree that their claims should be reduced. Accordingly, the receiver's motion will be granted.

　　　IT IS ORDERED:

　　　1.　　The Motion of Receiver for an Order Amending Certain Approved Claims (filing 362), being unopposed, is granted.

　　　2.　　The Court approves amendment of the claims of Delores JoAnn Green; Marlin Dean Lustgraaf; Jean (J.P.) and Dee

- 2 -

Poole, Trustees of the Poole Family Trust; and Barbara M. Vacanti as Personal Representative of the Estate of Milo Paul Vacanti; to the amounts set forth above.

Dated this 4th day of September, 2013.

BY THE COURT:

John M. Gerrard
United States District Judge