IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>             Defendants. | 8:08-CV-13<br><br>ORDER |

      This matter is before the Court on defendant Behrens' motion for copies (filing 368). The motion will be granted, and the Clerk of the Court will be directed to provide Behrens with a copy of the Amended Motion of Receiver for an Order Approving Disposition of Documents (filing 365).

      In addition, on its own motion, the Court will direct the receiver to refrain from disposing of any documents until 30 days from the date of this order. Behrens should note that providing him with a copy of the receiver's motion is *not* an invitation for him to object to the motion—the motion has already been granted. Rather, Behrens is being provided with a copy of the motion to make sure he is aware of the procedures proposed by the receiver for disposing of records, and to permit him an opportunity to claim any records to which he might be entitled.

      IT IS ORDERED:

1. Behrens' motion for copies (filing 368) is granted.

2. The Clerk of the Court is directed to send Behrens, along with a copy of this order, a copy of the Amended Motion of Receiver for an Order Approving Disposition of Documents (filing 365).

3. The receiver is directed not to destroy any files or records before November 8, 2013.

- 2 -

Dated this 8th day of October, 2013.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge