IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>           Defendants. | 8:08-CV-13<br><br>ORDER |

This matter is before the Court on defendant Behrens' Emergency Motion to Stop Destruction of Documents (filing 371). The Court will direct the receiver not to destroy any of the receivership documents until Behrens' motion is disposed of. The Court will also direct the receiver to respond to Behrens' motion, specifically addressing (1) Behrens' grounds for resisting destruction of the documents, and (2) whether it is feasible to transfer the documents to the possession of Behrens or an associate of Behrens.

IT IS ORDERED:

1. The receiver is directed not to destroy any files or records until further order of the Court.

2. The receiver is directed to respond to Behren's motion (filing 371), specifically addressing:

    (a) Behrens' stated grounds for resisting destruction of the documents, and

    (b) whether it is feasible to transfer the documents to Behrens or an associate of Behrens.

3. The receiver's response shall be filed, absent any request for extension, on or before November 22, 2013.

Dated this 8th day of November, 2013.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
United States District Judge