IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>                Defendants. | 8:08-CV-13<br><br>ORDER |

    The Court is in receipt of the plaintiff's Motion for Entry of a Final Judgment (filing 376), a response (filing 383) filed by *pro se* defendant Bryan S. Behrens, and a notice of possible opposition (filing 387) filed by some interested parties. In order to clarify for the parties how the plaintiff's motion will be submitted, the Court sets forth the following schedule pursuant to Fed. R. Civ. P. 6(b)(1)(A).

    Any party wishing to oppose the plaintiff's motion, either in whole or in part, may file a brief in opposition[1] on or before **January 8, 2014**. The plaintiff (or any other party)[2] may file a reply in support of the plaintiff's motion on or before **January 22, 2014**. The parties are directed to NECivR 7.1(b)(1)(2) with respect to providing evidentiary support for their opposition, should it be required. Any further extensions of time, for good cause shown, should be requested pursuant to Rule 6(b)(1)(A) and NECivR 6.1(a)(2).

    IT IS ORDERED:

    1.    Response briefs in opposition to the plaintiff's Motion for Entry of a Final Judgment (filing 376) may be filed on or before January 8, 2014.

---

[1] NECivR 7.1(b)(1)(A) provides that a "party opposing a motion must not file an 'answer,' 'opposition,' 'objection,' or 'response,' or any similarly titled responsive filing. Rather, the party must file a brief that concisely states the reasons for opposing the motion and cites to supporting authority."

[2] While ordinarily only the moving party may reply in support of a motion, *see* NECivR 7.1(c), given the number of interested parties in this case, the Court will grant any party supporting the plaintiff's motion leave to file a reply brief to that effect.

2. Reply briefs in support of the plaintiff's motion may be filed on or before January 22, 2014.

3. Absent any further extensions of time, the plaintiff's motion will be submitted to the Court for disposition on January 23, 2014.

Dated this 19th day of December, 2013.

                    BY THE COURT:

                    _____
                    John M. Gerrard
                    United States District Judge