IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>            Defendants. | 8:08-CV-13<br><br>ORDER |

This matter is before the Court on the Eighth Circuit Court of Appeals' dismissal of Bryan S. Behrens' appeal. Filing 408. The Court denied Behrens' motions to proceed in forma pauperis, *see* filings 384 and 392, but Behrens filed a motion to proceed in forma pauperis in the Court of Appeals pursuant to Fed. R. App. P. 24(a)(5). As Behrens was warned, *see* filing 392, the filing of his Rule 24(a)(5) motion resulted in the immediate assessment of appellate filing fees under 28 U.S.C. § 1915(b). *See Henderson v. Norris*, 129 F.3d 481, 485 (8th Cir. 1997). The Court of Appeals has remanded the collection of those fees to this Court. *See* filing 408. Accordingly,

IT IS ORDERED:

1.  Behrens' institution shall collect the full $505.00 appellate filing and docketing fees from him by installment in the manner set forth in 28 U.S.C. § 1915(b)(2), and shall forward those installments to the Court.

2.  The Clerk of the Court is directed to send a copy of this order to the appropriate official at Behrens' institution.

Dated this 26th day of February, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge