IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>        Defendants. | 8:08-CV-13<br><br>ORDER |

This matter is before the Court on the Receiver's Eighth Status Report (filing 410). The receiver reports that the only tasks remaining for the receiver are to dispose of documents (after the Court gives him permission to do so), collect a final payment of tail commissions from Kansas City Life, and make a final distribution and file a final report.

The Court will reserve ruling on the matter of document destruction until the receiver's final report is submitted to the Court. The receiver is directed to collect the available tail commissions, make a final distribution, and submit his final report to the Court. The Court will set an initial deadline of 60 days to complete those tasks, subject to such extensions as the receiver may require.

IT IS ORDERED:

1. The Receiver's Eighth Status Report (filing 410) is approved.

2. The receiver is directed to collect available tail commissions, make a final distribution, and submit a final report to the Court on or before July 14, 2014.

3. The Clerk of the Court is directed to set a status report deadline of July 14, 2014.

Dated this 13th day of May, 2014.

> BY THE COURT:
>
> _____
> John M. Gerrard
> United States District Judge