IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BRYAN S. BEHRENS, et al.,<br><br>　　　　　　Defendants. | 8:08-CV-13<br><br>ORDER |

　　　This matter is before the Court on the Receiver's Final Report (filing 416). Having reviewed the receiver's report and evidence, the Court approves the report, and expressly approves the receiver's application for the payment of $3,932.00 to the receiver as compensation for his services and the services of members of his law firm, and $1,358.07 for reimbursement of expenses, for a total payment of $5,290.07, to be paid from the Disgorgement Fund as provided in the Court's July 28, 2008 Judgment as to Defendants and Appointment of Receiver (filing 85).

　　　IT IS ORDERED:

　　　1.　　The Receiver's Final Report (filing 416) is approved.

　　　2.　　The receiver's application for payment of $5,290.07 is approved.

　　　Dated this 14th day of July, 2014.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_John M. Gerrard_ (signature)
　　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　　United States District Judge